Opinion filed February 7, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed February 7, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00016-CV

                                                    __________

 

                                    KIMBERLY S. MILLS, Appellant

 

                                                             V.

 

                                          SEAN
K. MILLS, Appellee

 



 

                                           On
Appeal from the 1-A District Court

 

                                                         Newton
County, Texas

 

                                                   Trial
Court Cause No. 4135-D

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
parties have filed in this court a joint motion to dismiss the appeal.  In
their motion, the parties state that they have reached an agreement to settle
and compromise their differences.  The motion is granted, and the appeal is
dismissed.

 

February 7, 2008                                                                     PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.